June 29, 1977.
374 A.2d 1290

Commonwealth v. Metzger, Appellant.

Argued March 22, 1977. James F. Heinly, with him Morgan, Hallgren & Heinly, for appellant;

No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.